**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Defendants Hayward Holdings,
Inc., Kevin Holleran, Eifion Jones, Stephen J.
Felice, Diane S. Dayhoff, Lawrence H. Silber,
Arthur L. Soucy, Lori A. Walker, Edward D.
Ward, and Ali Afraz*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT HERTZOG, <br>       Plaintiff, <br><br> v. <br><br> KEVIN HOLLERAN, EIFION JONES, ALBERTA INVESTMENT MANAGEMENT CORPORATION, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, KEVIN BROWN, STEPHEN J. FELICE, DIANE S. DAYHOFF, LAWRENCE H. SILBER, ARTHUR L. SOUCY, LORI A. WALKER, EDWARD D. WARD, ALI AFRAZ; and JASON PETERS <br><br>       Defendants, <br><br> and <br><br> HAYWARD HOLDINGS INC., <br>       Nominal Defendant | Case No. 2:25-cv-14856 (WJM) (SDA) <br><br> Hon. William J. Martini <br> Magistrate Judge Stacey D. Adams |

## STIPULATION AND ORDER STAYING ACTION

WHEREAS, on August 22, 2025, Plaintiff Scott Hertzog ("Plaintiff") filed this putative shareholder derivative action (the "Action") on behalf of Hayward Holdings, Inc. ("Hayward" or the "Company") against Kevin Holleran, Eifion Jones, Alberta Investment Management Corporation, CCMP Capital Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, MSD Partners, L.P., MSD Aqua Partners, LLC, MSD Partners (GP), LLC, Mark McFadden, Greg Brenneman, Timothy Walsh, Christopher Bertrand, Kevin Brown, Stephen J. Felice, Diane S. Dayhoff, Lawrence H. Silber, Arthur L. Soucy, Lori A. Walker, Edward D. Ward, Ali Afraz, and Jason Peters (collectively, "Defendants");

WHEREAS, this Action is related to two prior-filed actions: *City of Southfield and Police Retirement System v. Hayward Holdings, Inc. et al.* Case No. 2:23-cv-04146-WJM-ESK (D.N.J.) (the "Securities Class Action") and *Steven Heicklen v. Kevin Holleran et al.*, Case No. 2:23-cv-22649-WJM-SDA (D.N.J.) (the "Prior Derivative Action");

WHEREAS, there is substantial overlap between the facts and circumstances alleged in this Action, the Securities Class Action, and the Prior Derivative Action;

WHEREAS, Hayward, Kevin Holleran, Eifion Jones, Mark McFadden, Timothy Walsh, Greg Brenneman, Christopher Bertrand, Kevin Brown, CCMP Capital Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, MSD Partners, L.P., MSD Aqua Partners, LLC, and MSD Partners (GP), LLC, are named as defendants in either the Securities Class Action, the Prior Derivative Action, or both, and are also named as defendants in this Action;

1

WHEREAS, several, but not all, of the Defendants have been served with the complaint in this Action;[1]

WHEREAS, the Securities Class Action is stayed by Court order and party agreement through October 23, 2025, in light of a mediation scheduled for October 9, 2025 (the "Mediation");

WHEREAS, on July 22, 2025, the Court stayed the Prior Derivative Action for a period of 60 days, or until September 22, 2025, pending the Mediation in the Securities Class Action, at which point the parties have twenty-one (21) days to meet and confer regarding next steps; and

WHEREAS, based upon the overlapping parties and factual allegations in the Securities Class Action, the Prior Derivative Action, and this Action, and to avoid the unnecessary expenditure of judicial resources, the parties have agreed, subject to this Court's approval, that all proceedings and deadlines in this Action should be stayed until at least September 22, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.    All proceedings and deadlines in the Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the Derivative Action, are hereby stayed.

2.    Plaintiff may move for consolidation with any existing, or to be filed, similar shareholder derivative actions in this Court and/or for appointment of Lead Counsel.

3.    The parties shall meet and confer regarding proposed next steps within twenty-one (21) days of the expiration of the stay on September 22, 2025.

---

[1] Defendants Alberta Investment Management Corporation, Kevin Holleran, Eifion Jones, Stephen J. Felice, Diane S. Dayhoff, Lawrence H. Silber, Arthur L. Soucy, and Edward D. Ward remain unserved.

4.      Defendants shall promptly notify Plaintiff of any new relevant derivative actions of which Defendants become aware.

5.      Defendants shall promptly notify Plaintiff if a related derivative action is not stayed for a similar or longer duration.

6.      Plaintiff shall have the option to terminate the stay if a related derivative action is not stayed for a similar or longer duration by giving fourteen (14) days' notice to counsel for Defendants via email.

7.      During the stay, Plaintiff may file an amended complaint, but Defendants shall not be required to respond to any amended complaint during the pendency of the stay.

8.      This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the parties in the Derivative Action.

Dated: September 16, 2025                **LATHAM & WATKINS LLP**


*/s/ Kevin M. McDonough*
Kevin M. McDonough
Andrew B. Clubok (*pro hac vice forthcoming*)
Corey A. Calabrese (*pro hac vice forthcoming*)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
kevin.mcdonough@lw.com
andrew.clubok@lw.com
corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc., Kevin Holleran, Eifion Jones, Stephen J. Felice, Diane S. Dayhoff, Lawrence H. Silber, Arthur L. Soucy, Lori A. Walker, Edward D. Ward, and Ali Afraz*

3

SEYFARTH SHAW LLP

*/s/ Amanda L. Genovese*
Amanda L. Genovese
Vincent A. Sama (*pro hac vice forthcoming*)
Catherine B. Schumacher (*pro hac vice forthcoming*)
Daphne Morduchowitz (*pro hac vice forthcoming*)
Matthew C. Catalano (*pro hac vice forthcoming*)
620 Eighth Ave
New York, NY 10018
(212) 218-5500
agenovese@seyfarth.com
vsama@seyfarth.com
cschumacher@seyfarth.com
dmorduchowitz@seyfarth.com
mcatalano@seyfarth.com

*Counsel for Defendants MSD Partners, L.P., MSD Aqua Partners, LLC, MSD Partners (GP), LLC, Christopher Bertrand, and Kevin Brown*

PARKER IBRAHIM & BERG LLP

*/s/ Scott W. Parker*
Scott W. Parker
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
(267) 908-9809
scott.parker@piblaw.com

WILLKIE FARR & GALLAGHER LLP

Tariq Mundiya (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
Joshua S. Levy (*pro hac vice forthcoming*)
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000
tmundiya@willkie.com

4

Joshua.Levy@ropesgray.com

*Counsel for Defendants CCMP Capital
Advisors, LP, CCMP Capital Investors III,
L.P., CCMP Capital Investors III (Employee),
L.P., CCMP Capital Associates III, L.P.,
CCMP Capital Associates III GP, LLC, CCMP
Capital, LP, CCMP Capital GP, LLC, Mark
McFadden, Timothy Walsh, and Greg
Brenneman*

SQUITIERI & FEARON, LLP

*/s/ Olimpio Lee Squitieri*
Olimpio Lee Squitieri
205 Hudson Street
7th Floor
New York, New York 10013
(212) 421-6492
lee@sfclasslaw.com

MOORE LAW, PLLC
Fletcher Moore (*pro hac vice forthcoming*)
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
fletcher@finoorelaw.com

*Counsel for Plaintiff*

IT IS SO ORDERED:

DATE: September 17, 2025

William J. Martini, U.S.D.J.

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).  Notice of and access to this filing will be provided to all counsel of record through CM/ECF.

/s/ Kevin M. McDonough
Kevin M. McDonough